**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| AMY ZIMMERMAN, | Case No. 3:25-cv-01486-SB |
| Petitioner, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** |
| v. | |
| STATE OF OREGON, by and through the Oregon Department of Corrections, a state agency; WARREN ROBERTS; DEENA LOZIER; LESLIE FISCHER; and LINDA WIDING, | |
| Respondent. | |

**IMMERGUT, District Judge.**

On April 2, 2026, Magistrate Judge Beckerman issued her Findings and Recommendation ("F&R"), ECF 28. The F&R recommends that this Court deny Defendant Roberts' Motion to Strike[1] and to Dismiss, ECF 15. This Court has reviewed de novo the

---

[1] Defendant Roberts originally filed one motion to dismiss and to strike but subsequently withdrew his motion to strike. *See* Defendant Roberts' Reply in Support of Motion to Strike and to Dismiss, ECF 24 at 2.

PAGE 1 – ORDER ADOPTING FINDINGS AND RECOMMENDATION

portions of the F&R to which Defendant Roberts objected, *see* Objections, ECF 30, and

ADOPTS Magistrate Judge Beckerman's F&R in full.

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or

modify, in whole or in part, the findings or recommendations made by the magistrate judge."

28 U.S.C. § 636(b)(1)(C). If a party objects to a magistrate judge's F&R, "the court shall make a

de novo determination of those portions of the report or specified proposed findings or

recommendations to which objection is made." *Id.* But the court is not required to review, de

novo or under any other standard, the factual or legal conclusions of the F&R to which no

objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v.*

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not

preclude further review by the district judge, *sua sponte*" whether de novo or under another

standard. *Thomas*, 474 U.S. at 154.

This Court has reviewed de novo the portions of Judge Beckerman's F&R to which

Defendant Roberts objected. Judge Beckerman's F&R, ECF 28, is adopted in full. This Court

DENIES Defendant Roberts' Motion to Strike and to Dismiss, ECF 15.

**IT IS SO ORDERED**.

DATED this 4th day of May, 2026.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – ORDER ADOPTING FINDINGS AND RECOMMENDATION